UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN CLEVELAND GREEN, | No. 2:18-cv-0731 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| R. ATIENZA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12131-12134. By order filed May 1, 2019, plaintiff's complaint was screened and he was given the option to proceed immediately on his Eighth Amendment conditions of confinement and official capacity ADA claims against defendants Church, Agarwal, Malakkla, and Atienza or to amend the complaint. ECF No. 14. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 15.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the May 1, 2019 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the first amended complaint as screened, and it will be recommended that the medical deliberate indifference and individual capacity ADA claims be dismissed without prejudice.

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: May 13, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE