UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN CLEVELAND GREEN, | No. 2:18-cv-0731 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| R. ATIENZA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a reply to the order adopting the June 14, 2019 findings and recommendations and dismissing all of plaintiff's medical deliberate indifference claims in this case. ECF No. 26. Plaintiff appears to be under the mistaken impression that the order in this case somehow dismissed his claims in another case he has pending before this court, Green v. CDCR, 2:14-cv-2854 TLN AC P. Id. He requests an official document stating that Green v. CDCR was dismissed and explaining why it was dismissed and asks how he is supposed to proceed. Id. at 4, 6.

The District Judge's order in this case had no effect on plaintiff's other cases pending in this court. It dismissed only the deliberate indifference claims plaintiff was attempting to make in this case, No. :18-cv-0731 MCE AC P, against doctors G. Church, J.S. Agarwal, N. Malakkla, and R. Atienza.

////

Accordingly, IT IS HEREBY ORDERED that:

1. To the extent plaintiff is seeking clarification of the court's June 14, 2019 order, clarification is provided as set forth above.

2. Plaintiff's request for documentation showing that <u>Green v. CDCR</u>, 2:14-cv-2854 TLN AC P, has been dismissed is denied because that case has not been dismissed and is currently still pending.

3. To the extent plaintiff appears to be seeking advice from the court on how he is to proceed, the request is denied.

DATED: July 31, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE