IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WARREN CLEVELAND GREEN,** | Case No. 2:18-cv-0731-JAM-AC P |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **R. ATIENZA, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' motion to modify the discovery and dispositive motion deadlines, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants' motion is granted. The discovery deadline is extended to June 23, 2020, and the dispositive motion deadline is extended to August 31, 2020.

DATED: April 7, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE