UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN CLEVELAND GREEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. ATIENZA, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-0731 JAM AC P<br><br><br>ORDER |

Plaintiff has requested that the court postpone the proceedings in this case until the current health crisis caused by the coronavirus has passed or the law library re-opens. ECF No. 47. The court will not indefinitely stay the proceedings in this matter. However, requests to extend specific deadlines will be granted where appropriate. Defendants' request to extend the discovery and dispositive motions deadlines was recently granted and discovery will now close on June 23, 2020, while dispositive motions are now due by August 31, 2020. Should plaintiff need additional time to meet a specific deadline, he should file a motion that tells the court what he needs extra time to do, how much extra time he needs, and why he needs the extra time.

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to postpone proceedings, ECF No. 47, is denied.

DATED: April 9, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE