IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WARREN CLEVELAND GREEN,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**R. ATIENZA, et al.,**<br><br>                              Defendants. | Case No. 2:18-cv-0731 JAM AC P<br><br>[PROPOSED] ORDER |

   The Court, having considered Defendant's second motion to modify the discovery and dispositive motion deadlines, and good cause having been found:

   **IT IS HEREBY ORDERED**: Defendant's motion is granted.  The discovery deadline is extended to October 21, 2020, and the dispositive motion deadline is extended to December 29, 2020.

DATED: June 23, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE