UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN CLEVELAND GREEN,<br><br>Plaintiff,<br><br>v.<br><br>R. ATIENZA, et al.,<br><br>Defendants. | No.  2:18-cv-0731 JAM AC P<br><br><br><br>ORDER |

Having considered defendant's motion to modify the discovery and dispositive motion deadlines, and good cause having been found, IT IS HEREBY ORDERED that defendant's motion to modify the court's discovery and scheduling order (ECF No. 54) is granted.

The deadline to: (1) complete Plaintiff's deposition is extended to December 1, 2020; (2) file a motion to compel the deposition of Plaintiff is extended to December 8, 2020; and (3) file a dispositive motion is extended to February 12, 2021.

DATED: October 22, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE