IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WARREN CLEVELAND GREEN,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**R. ATIENZA, et al.,**<br><br>                              Defendants. | Case No. 2:18-cv-0731 JAM AC P<br><br>[PROPOSED] ORDER |

The Court, having considered Defendants' fourth motion to modify the discovery and dispositive motion deadlines, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants' motion is granted. The deadline to: (1) complete Plaintiff's deposition is extended to March 1, 2021; (2) compel Plaintiff's deposition is extended to March 8, 2021; and (3) file a dispositive motion is extended to May 12, 2021.

DATED: December 7, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE