IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WARREN CLEVELAND GREEN,**<br><br>                                    Plaintiff,<br><br>       v.<br><br>**R. ATIENZA, et al.,**<br><br>                                    Defendants. | 2:18-cv-0731 JAM AC P<br><br>**[PROPOSED]** **ORDER GRANTING MOTION TO CHANGE THE DISPOSITIVE MOTION DEADLINE**<br><br>Judge:         The Honorable Allison Claire<br>Trial Date:   N/A<br>Action Filed: February 28, 2019 |

Defendants moved this Court to change the time to file a summary-judgment or other dispositive motion through September 26, 2022. After full consideration, and good cause appearing, Defendants' motion (ECF No. 71) is **GRANTED**.

///

1

1  The deadline for Defendants to file a dispositive motion is changed from July 25, 2022 to September 26, 2022.  Plaintiff's opposition to Defendants' motion must be filed with the Court and served upon the Defendants no later than 21 days from the date the motion is served. The Defendants shall file a reply brief no later than 14 days after the date they receive ECF electronic notice that the opposition is filed. The motion will be deemed submitted on the date the reply brief is due.

IT IS SO ORDERED.

DATED: July 26, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE