UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN CLEVELAND GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>R. ATIENZA, et al.,<br><br>    Defendants. | No. 2:18-cv-0731 DAD AC P<br><br><br>ORDER |

Defendants have filed a motion for summary judgment. ECF No. 79. Review of the supporting documents has revealed that the declarations of defendants Agarwal, Malakkla, and Weinholdt have not been properly signed. ECF No. 79-3 at 3; ECF No. 79-4 at 3; ECF No. 79-5 at 2. To be effective, a non-attorney's electronic signature must comply with Local Rule 131(f). Specifically, the signatures are missing a statement that counsel has a signed original. Defendants will be provided with an opportunity as to each declaration to either submit a statement that counsel is in possession of the original, signed declaration or provide a copy of the signed original. Failure as to any declaration will result in that declaration being disregarded. Plaintiff's deadline to respond to the motion shall remain unchanged.

Accordingly, IT IS HEREBY ORDERED that defendants shall have three days from the service of this order to either submit a statement that counsel is in possession of the signed original declarations of defendants Agarwal, Malakkla, and Weinholdt or to provide a copy of the

signed originals.  Failure as to any declaration to file an appropriate statement or a copy of the original signed declaration will result in that declaration being disregarded.

DATED: October 27, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2