UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN CLEVELAND GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. ATIENZA, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-0731 DAD AC P<br><br><br>ORDER |

On October 26, 2022, defendants filed a motion for summary judgment. ECF No. 79. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: December 8, 2022

　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1