1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WARREN CLEVELAND GREEN,                     No.  2:18-cv-00731-DAD-AC (PC)

12              Plaintiff,

13        v.                                     ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DISMISSING
14   R. ATIENZA, et al.,                         THIS ACTION

15              Defendant.                       (Doc. Nos. 79, 84)

16

17        Plaintiff Warren Cleveland Green is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred

19   to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On March 9, 2023, the assigned magistrate judge issued findings and recommendations

21   recommending that this action be dismissed, without prejudice, due to plaintiff's failure to

22   prosecute this action.  (Doc. No. 84.)  The pending findings and recommendations were served on

23   the parties and contained notice that any objections thereto were to be filed within fourteen (14)

24   days after service.  (*Id.* at 1–2.)  To date, no objections to the findings and recommendations have

25   been filed, and the time in which to do so has now passed.

26        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

27   *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

28   findings and recommendations are supported by the record and by proper analysis.

                                                1

Accordingly:

1.    The findings and recommendations issued on March 9, 2023 (Doc. No. 84) are adopted in full;

2.    This action is dismissed, without prejudice, due to plaintiff's failure to prosecute;

3.    Defendants' pending motion for summary judgment (Doc. No. 79) is denied as having been rendered moot by this order; and

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **May 17, 2023**

UNITED STATES DISTRICT JUDGE